**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD KONOPACKI, | No.  2:26-cv-0858-DMC |
| Plaintiff, | |
| v. | ORDER |
| LONNI LLC, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action.  The parties have filed a stipulation of voluntary dismissal.  Because the stipulation has been signed by all parties who have appeared, leave of Court is not required and the action is dismissed on the parties' notice.  See Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated:  June 2, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1